FRANK J. COZZARELLI
23 LOUIS DRIVE
MONTVILLE, NEW JERSEY 07045
TELEPHONE (973) 477-0041
FACSIMILE (973) 860-1347
FJC@COZZARELLI.COM

2019 MAR 29 P 4: 04

March 28, 2019

**ecfhelp@njd.uscourts.gov**

William T. Walsh, Clerk
United States District Court, District of New Jersey Newark
MLK Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**Re: United States v. Frank J. Cozzarelli**
**Docket No. 04-654-01**

Dear Mr. Walsh:

Recently, it has come to my attention that once again, there is no evidence of satisfaction of the Special Assessment of $100 imposed on me in 2005 which was paid on April 25, 2005. It is now 14 years after this case terminated and obtaining the satisfaction seems to be an impossibility.

Enclosed for your information please find the Notice of Special Assessment along with a copy of the receipt issued by the Clerk of the District Court on April 25, 2005. Also enclosed is a copy of a judgment search conducted by Charles Jones within the past ten days which evidences that the $100 Special Assessment imposed by 18 U.S.C. § 3013.

Will you kindly delete, satisfy or otherwise enter a marginal notation that this item is closed on your records. It is extremely inconvenient and unfair that even after fulfilling all of my obligations I cannot secure this relief. Is there a reason why this cannot be done? I would appreciate a letter from you also confirming that this docket entry is satisfied.

On the Pacer Judgment Index is shows as follows:

| | | |
|---|---|---|
| 2:04-cr-00654-DRD | *In favor of:* USA<br>*Against:* FRANK J. COZZARELLI<br>*Amount:* $ 0.00<br>*Date:* 04/26/2005<br>*Document:* 30<br>*Interest:* 0.00%<br>*Court Cost:* $ 100.00 | Fully Satisfied<br>04/26/2005 |

The document referenced is the judgment of conviction and not the evidence of satisfaction. Please make the appropriate entry at your earliest opportunity.

Very truly yours,

Frank J. Cozzarelli

Cc: James B. Nobile, Asst
United States Attorney's Office - Newark Div
Rm 700
970 Broad Street
Newark, NJ 07102-2534

Via facsimile (973) 645-2702

RN19-073-02597 RE: AT-22045 1
288-6060-87

UNITED STATES DISTRICT COURT

JUDGMENT NUMBER: CR-000654-2004
DATE ENTERED: 04/27/05
TYPE OF ACTION: CRIMINAL VENUE: NEWARK
JUDGE: DICKINSON R DEBEVOISE
SPEC ASSESSMENT: $ 100.00
CREDITOR: UNITED STATES OF AMERICA
DEBTOR(S):
FRANK J COZZARELLI
7 SQUIRE HILL RD, NORTH CALDWELL, NJ
ATTORNEY: FRANKLIN M SACHS-
ONE RIVERFRONT PLAZA
NEWARK NJ 07102
973-623-1000

---

USA REPRESENTED BY US ATTORNEYS OFFICE
JAMES B NOBILE
970 BROAD ST, RM 502
NEWARK, NJ 07102
(973) 645-2766

*** End of Abstract ***

Charles Jones

TOPS FORM 46806

CLERK
UNITED STATES DISTRICT CO
P. O. BOX 419
NEWARK, NEW JERSEY 07101

DATE 4/25/05 NO. 2814

RECEIVED FROM FRANK COZZARELLI

ADDRESS

DOLLARS $ 100.—

FOR 04CR654-01 S/A

| ACCOUNT | | | HOW PAID | |
|---|---|---|---|---|
| AMT. OF ACCOUNT | | | CASH | ✓ |
| AMT. PAID | | | CHECK | |
| BALANCE DUE | | | MONEY ORDER | |

BY [signature]

**NOTICE OF SPECIAL ASSESSMENT**

UNITED STATES OF AMERICA v.
Frank J. Cozzarelli

Criminal No. 04-654-01

TO: DEFENDANT Frank J. Cozzarelli

PLEASE TAKE NOTICE that the Comprehensive Crime Control Act of 1984, requires the United States District Court to impose a mandatory special assessment for offenses committed after November 11th, 1984, 18 U.S.C. Section 3013. This special assessment is imposed for each count for which a conviction (by verdict of plea) is obtained.

In connection with the Judgment of the Court in this matter, you are ordered to pay a special assessment of $ 100.00 on the date of your sentencing. The United States Attorney's Office will ask the Court to order immediate payment of the special assessment at the time of sentencing.

Payment should be made by cash, a certified check or money order payable to the United States Treasury and presented together with this notice, in person, to the Clerk's Office immediately upon completion of sentencing. Make sure to include your full name and the Criminal Number on the check or money order.

TO BE COMPLETED BY THE COURT CLERK ON DATE OF SENTENCING

DATE OF SENTENCING: April 25th 2005

TOTAL AMOUNT OF SPECIAL ASSESSMENT: $100.00

RECEIPT # ____________

By: [signature]
Antigone Owens-Krefski, Deputy Clerk

Frank Cozzarelli
23 Louis Drive
Montville, NJ 07045

DV DANIELS NJ 070
28 MAR 2019 PM



United States District Court, District of NJ
MLK Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

07102-359599